**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2017

**BY ECF**

SO ORDERED:

[signature]

George B. Daniels, U.S.D.J.

Dated: MAY 23 2017

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Hazrat Khan, 15 Cr. 474 (GBD)

Dear Judge Daniels:

The parties are scheduled to appear for a status conference on May 23, 2017. As the Court is aware, the parties had been discussing the possibility of a joint resolution of this case and the defendant's pending charges in the District of Massachusetts. The parties have reached a joint resolution and agreed to transfer Khan's pending charges in the Southern District of New York to the District of Massachusetts for a guilty plea. On April 26, 2017, Khan waived indictment in the District of Massachusetts and pleaded guilty, pursuant to a plea agreement, to superseding information 16-10111-RWZ, a copy of which is attached. Counts Four and Five of the Information contain the charges that have been pending against him in the Southern District of New York. The Government has filed the requisite paperwork to have the indictment in this case, 15 Cr. 474 (GBD), formally transferred to the District of Massachusetts, where that indictment will be dismissed in light of the defendant's guilty plea to the same charges in 16-10111-RWZ. For that reason, the parties respectfully request that the status conference be adjourned *sine die*. When the Rule 20 tranfer paperwork has been processed by the clerk's office, the case will be formally closed.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

by: [signature]

Thomas A. McKay
Assistant United States Attorney
(212) 637-2268

cc:   Aaron Rubin, Esq.