United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street
New York, NY, 10007



Date: 5/31/2017

Re: United States of America v. ___Hazrat Khalid Khan___

Docket Number: ___15 Cr. 474___ ( GBD )

Dear Clerk,

    Pursuant to the Transfer of Jurisdiction signed in the above captioned case, enclosed are the following documents:

    (1) Certified copy of the Transfer of Jurisdiction;
    (2) Certified copy of Judgment in a Criminal Case;
    (3) Certified copy of Docket Sheet;
    (4) Certified copy of the charging instrument, check one;

        Indictment
        Information and Waiver of Indictment

    Your acknowledgment of receipt of the above documents on the copy of this letter will be appreciated. Please direct this letter to the attention of **Franklin Taylor: (Franklin_Taylor@NYSD.USCOURTS.GOV)**

Sincerely,
Ruby J. Krajick, Clerk

By: _____
Deputy Clerk

Certified Mail # ___70022030000386758658___

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:

ASSIGNED CASE NUMBER: 17-10166 MLW   Clerk, U.S. District Court

DATE: 6/6/2017   By: _____
Deputy Clerk

Rev. 4/4/2017